

# NUMBER 13-22-00488-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF E.M.N., A CHILD.

### On appeal from the 444th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Silva**
**Memorandum Opinion by Justice Longoria**

This appeal arises from the trial court's modification of child support. Appellant Travis Norris attempted to appeal the trial court's order; however, his notice of appeal is premature as the clerk's record indicates no order has been entered.

The record indicates that an order regarding child support was entered on August 4, 2022, and appellant filed a request for a de novo hearing in the trial court on August 8, 2022. The record also indicates that the trial court noticed a de novo hearing to be held

September 13, 2022, and according to appellant's October 13, 2022 notice of appeal, an order modifying child support was rendered.

Upon review of the documents before the Court, it appears there is no final, appealable order. On January 3, 2023, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, his appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* Accordingly, the appeal is dismissed for want of jurisdiction. *See id.* 42.3(a), (c).

Following rendition of a final judgment or order, any appealing party must file a new notice of appeal.[1]

NORA L. LONGORIA
Justice

Delivered and filed on the
26th day of January, 2023.

---

[1] Any pending motions are denied as moot.

2